H2002g (12/15)

Filer's Name, Address, Phone, email:
SQUARE ONE LEGAL LLLC

OFIR RAVIV 10413
American Savings Bank Tower
1001 Bishop Street, Suite 2850
Honolulu, HI 96813
O: (808) 201-6000 / F: (808) 650-3080
email: ofir@squareonelegal.com



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
1132 Bishop Street, Suite 250, Honolulu, Hawaii 96813

Debtor(s): Jimmy-Sharod Arnez Gibson Tate and Jaleceya Arteanna Tate

Case No.: 24-00708

## NOTICE OF CHANGE OF MAILING ADDRESS
*[See instructions at bottom for correct use of this form.]*

NOTICE IS GIVEN of the following change of **mailing address**, effective now, or on _____.

[X] This is the address where notices and other documents should be sent to the **debtor(s)**.

[ ] This is the address where notices should be sent to a **creditor** or other **party in interest**. (This notice must be filed in all pending cases.)

| Name and *OLD* mailing address: | Name and *NEW* address: |
|---|---|
| Jimmy-Sharod Arnez Gibson Tate and Jaleceya Arteanna Tate<br>4158 Bougainville Ave Apt B<br>Kapolei, HI 96707 | Jimmy-Sharod Arnez Gibson Tate and Jaleceya Arteanna Tate<br>4158B Bougainville Ave<br>Kapolei, HI 96707 |

The undersigned declares under penalty of perjury that the information above is true and correct to the best of my knowledge.

Date: August 27, 2024                    /s/Ofir Raviv
                                         [Print name and sign]

- For a change of a payment or notice address related to a claim, use **Notice of Change of Address (Proof of Claim)**
- For a change of the creditor's name for a proof of claim, file a **Notice of Transfer of Claim** (fee required)
- To add a creditor to a case, file an **Amended Creditor List** (fee required)
- To correct or change the name of a debtor (e.g., due to marriage or divorce), use **Debtor's Notice of Name Change**
- For a change of an attorney's address or firm affiliation, use **Attorney's Notice of Change of Address or Firm Affiliation**