| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Jimmy-Sharod Arnez Gibson Tate |
| Debtor 2 (Spouse, if filing) | Jaleceya Arteanna Tate |
| United States Bankruptcy Court - District of Hawaii | |
| Case number | 24-00708    Chapter 13 |



Local Form H2083B (1/2024)

# DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE

*[Use this form only if the bankruptcy case was filed initially under chapter 13. Do not use this form if the case was converted from chapter 7, 11, or 12.]*

This chapter 13 case has not been converted under 11 U.S.C. § 706, § 1112, or § 1208 and the undersigned hereby requests an order dismissing this case. The debtor understands that pursuant to 11 U.S.C. § 109(g)(2), the order may provide that the debtor will be prohibited from filing a subsequent bankruptcy petition for 180 days if this request follows a party's request for relief from the automatic stay under 11 U.S.C. § 362.

Dated: 09/17/2024

Debtor 1/Attorney: ✗ /s/ Ofir Raviv

Debtor 2/Attorney: ✗ /s/ Ofir Raviv