# UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

In re: JIMMY-SHAROD ARNEZ GIBSON TATE
JALECEYA ARTEANNA TATE
Debtor(s)

Case No.: 24-00708

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Nima Ghazvini, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/05/2024.
2) The plan was confirmed on NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was dismissed on 09/19/2024.
6) Number of months from filing or conversion to last payment: 0.
7) Number of months case was pending: 2.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 27,111.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $.00 | |
| Less amount refunded to debtor: | $.00 | |
| **NET RECEIPTS:** | | $.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $.00 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $.00 |

Attorney fees paid and disclosed by debtor: $37.10

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| 333 HAZEL LLC | Unsecured | 4,829.00 | NA | NA | .00 | .00 |
| ADECCO STAFFING | Unsecured | 112,597.46 | NA | NA | .00 | .00 |
| ADVANCEMD | Unsecured | 18,000.00 | NA | NA | .00 | .00 |
| ADVENTIST HEALTH CASTLE | Unsecured | 209.42 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS NATIONAL BANK / | Unsecured | 15,397.00 | 15,397.16 | 15,397.16 | .00 | .00 |
| APPLE CARD/GS BANK | Unsecured | 2,324.00 | NA | NA | .00 | .00 |
| CAPITAL ONE, N.A. | Unsecured | 8,988.00 | 8,988.31 | 8,988.31 | .00 | .00 |
| CAPITAL ONE, N.A. | Unsecured | 5,576.00 | 5,576.91 | 5,576.91 | .00 | .00 |
| CAPITAL ONE, N.A. | Unsecured | 4,089.00 | 4,089.38 | 4,089.38 | .00 | .00 |
| CAPITAL ONE, N.A. | Unsecured | 2,469.00 | 2,469.35 | 2,469.35 | .00 | .00 |
| CAPITAL ONE, N.A. | Unsecured | 687.00 | 687.49 | 687.49 | .00 | .00 |
| CARRINGTON MORTGAGE SERVICES, L | Secured | 33,000.00 | 488,333.95 | 29,260.28 | .00 | .00 |
| CBNA/WAYFAIR | Unsecured | 3,000.00 | NA | NA | .00 | .00 |

U.S. Bankruptcy Court - Hawaii #24-00708 Dkt # 19 Filed 10/01/24 Page 1 of 3

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

In re: JIMMY-SHAROD ARNEZ GIBSON TATE
JALECEYA ARTEANNA TATE
Debtor(s)

Case No.: 24-00708

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CONTRACT CALLERS, I | Unsecured | 33.00 | NA | NA | .00 | .00 |
| CREDIT ONE BANK | Unsecured | 1,888.00 | NA | NA | .00 | .00 |
| CREDIT ONE BANK | Unsecured | 1,086.00 | NA | NA | .00 | .00 |
| CREDIT ONE BANK, NA | Unsecured | 861.00 | NA | NA | .00 | .00 |
| DISCOVER BANK | Unsecured | 10,998.00 | 10,998.27 | 10,998.27 | .00 | .00 |
| DISCOVER BANK | Unsecured | 2,720.00 | 2,720.20 | 2,720.20 | .00 | .00 |
| DIVERSIFIED ADJUSTMENT | Unsecured | 656.00 | NA | NA | .00 | .00 |
| GEORGIA AUTO PAWN INC. | Secured | 3,850.00 | 7,562.21 | 7,562.21 | .00 | .00 |
| HEALTHIE INC | Unsecured | 3,981.31 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 58,763.84 | 58,763.84 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 57,652.42 | 57,652.42 | .00 | .00 |
| LVNV FUNDING, LLC | Unsecured | 2,127.00 | 2,127.13 | 2,127.13 | .00 | .00 |
| LVNV FUNDING, LLC | Unsecured | 1,888.00 | 1,888.49 | 1,888.49 | .00 | .00 |
| MERRICK BANK | Unsecured | 1,700.00 | 1,700.13 | 1,700.13 | .00 | .00 |
| MERRICK BANK | Unsecured | 1,048.00 | 1,048.44 | 1,048.44 | .00 | .00 |
| MONSTER | Unsecured | 705.00 | NA | NA | .00 | .00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 6,408.00 | 6,408.54 | 6,408.54 | .00 | .00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 1,118.00 | 1,118.32 | 1,118.32 | .00 | .00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | NA | 1,890.00 | 1,890.00 | .00 | .00 |
| NORTHSIDE HOSPITAL ATLANTA | Unsecured | 12,000.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, I | Unsecured | 2,096.00 | 2,096.68 | 2,096.68 | .00 | .00 |
| SDFCU | Unsecured | 866.00 | NA | NA | .00 | .00 |
| STATE DEPT FCU | Unsecured | 866.00 | 866.82 | 866.82 | .00 | .00 |
| TITLEMAX | Unsecured | 4,200.00 | NA | NA | .00 | .00 |
| U.S. DEPARTMENT OF EDUCATION | Unsecured | 96,654.00 | 46,390.38 | 46,390.38 | .00 | .00 |
| U.S. DEPARTMENT OF EDUCATION | Unsecured | NA | 50,686.42 | 50,686.42 | .00 | .00 |


U.S. Bankruptcy Court - Hawaii #24-00708 Dkt # 19 Filed 10/01/24 Page 2 of 3

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

In re: JIMMY-SHAROD ARNEZ GIBSON TATE
JALECEYA ARTEANNA TATE
Debtor(s)

Case No.: 24-00708

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| U.S. DEPARTMENT OF HOUSING AND | Secured | NA | 18,891.35 | 18,891.35 | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 29,260.28 | .00 | .00 |
| Debt Secured by Vehicle: | 7,562.21 | .00 | .00 |
| All Other Secured: | 18,891.35 | .00 | .00 |
| **TOTAL SECURED:** | 55,713.84 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 58,763.84 | .00 | .00 |
| **TOTAL PRIORITY:** | 58,763.84 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 224,800.84 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $.00 | |
| Disbursements to Creditors: | $.00 | |
| **TOTAL DISBURSEMENTS:** | | $.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 10/01/2024

By: /s/Nima Ghazvini
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.



U.S. Bankruptcy Court - Hawaii #24-00708 Dkt # 19 Filed 10/01/24 Page 3 of 3